UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| PAMELA HAMPTON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 1:12CV34 JCH/SPM |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant(s). ) | |

**ORDER**

This matter arises on the Report and Recommendation of United States Magistrate Judge Shirley Padmore Mensah, filed December 14, 2012.  See 28 U.S.C. §636.  In her report, Magistrate Judge Mensah recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice.  Plaintiff was granted fourteen (14) days to object to the recommendation, but to date has filed no objections.

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 19) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice.  A separate Judgment will accompany this Order.

Dated this 2nd day of January, 2013.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE